**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: Dtorres@lawtorres.com

Attorney for:
YERLLY MALDONADO VEGA

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:24-CR-00055-JLT-SKO |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE THE SENTENCING** |
| vs. ) | **HEARING** |
| ) | |
| YERLLY MALDONADO-VEGA, ) | |
| ) | |
| Defendant ) | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, YERLLY MALDONADO-VEGA, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, February 9, 2026, at 9:00a.m. (See ECF Doc. 760) be continued to Monday, March 2, 2026, at 9:00a.m.

Counsel is currently awaiting additional information which has not yet been received; therefore, I will not be ready to proceed with a sentencing hearing. I have spoken to AUSA Antonio Pataca and it is my understanding he has no objection to this request for a continuance.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: February 4, 2026                                /s/ David A. Torres

DAVID A. TORRES
Attorney for Defendant
YERLLY MALDONADO VEGA

DATED: February 4, 2026                                /s/Antonio Pataca

ANTONIO PATACA
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the sentencing hearing currently set for Monday February 9, 2026, at 9:00a.m. be continued to Monday, March 2, 2026, at 9:00a.m.

IT IS SO ORDERED.

Dated:   **February 5, 2026**

UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order to Continue Sentencing Hearing

2