**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
YERLLY MALDONADO VEGA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

YERLLY MALDONADO VEGA,

Defendants.

Case No. 1:24-CR-00055 JLT-SAB-8

**MOTION TO TERMINAT CJA APPOINTMENT ATTONEY OF RECORD AND ORDER**

On March 22, 2024, Defendant Yerlly Maldonado Vega was indicted on federal charges. CJA Pannel Attorney David A. Torres was appointed as trial counsel to represent Mr. Maldonado Vega on March 18, 2024 in his criminal case. Mr. Maldonado Vega was sentenced pursuant to a plea agreement on March 2, 2026. Mr. Maldonado Vega was in custody at sentencing. The phase of Mr. Maldonado Vega's criminal case, therefore, come to an end. Having completed his representation of Mr. Maldonado Vega, CJA attorney David A. Torres now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Maldonado Vega require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721 or by phone at (559) 487-5561 (collect) (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist

him.

Dated: September 24, 2026

Respectfully Submitted,

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Yerlly Maldonado Vega

## ORDER

Having reviewed the notice and found that attorney David A. Torres has completed the services for which he was appointed, the Court hereby grants attorney David A. Torres' request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Yerlly Maldonado Vega at the following address and to update the docket to reflect Defendant pro se status and contact information.

Inmate's Address

Yerlly Maldonado Vega
Register # 03854-511
Lompoc|FCI
3600 Guard Road
Lompoc, CA 93436

IT IS SO ORDERED.

Dated: October 20, 2026

UNITED STATES DISTRICT JUDGE